UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARITZ INC., | ) |
| | ) |
| Plaintiff, | ) Cause No. 4:06-CV-00972-RWS |
| | ) |
| vs. | ) |
| | ) |
| THE INTERPUBLIC GROUP OF COMPANIES, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

*So Ordered*
*[signature]*
*6/4/07*

### JOINT DISMISSAL AS TO DEFENDANT GIVEX U.S.A. CORP. ONLY

Plaintiff Maritz Inc. and defendant Givex U.S.A. Corp., by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismiss with prejudice all of their claims and counterclaims directed to the other, with each party to bear its own costs and fees.

BRYAN CAVE LLP


By: /s/ J. Bennett Clark
J. Bennett Clark, #17440
One Metropolitan Square
St. Louis, Missouri 63102
ben.clark@bryancave.com
(314) 231-5400 (Telephone)
(314) 231-4342 (Facsimile)

Attorney for Plaintiff Maritz Inc.

1

LEWIS, RICE & FINGERSH, L.C.

By: ___/s/ Michael J. Hickey___
    Frank B. Janoski, #3480
    Michael J. Hickey, #101931
    500 N. Broadway, Suite 2000
    St. Louis, MO 63102
    fjanoski@lewisrice.com
    mhickey@lewisrice.com
    (314) 444-7600 (Telephone)
    (314) 241-6056 (Facsimile)